UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD STROUGHTER, JR.,

Plaintiff

v.

WASHOE COUNTY JAIL,

Defendant

Case No. 2:19-cv-02021-GMN-DJA

**ORDER**

**I. DISCUSSION**

On January 10, 2020, this Court dismissed Plaintiff's civil rights complaint in its entirety without prejudice based on Plaintiff's failure to file an application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement for the past six months or pay the full filing fee within thirty (30) days from the date of that order. (ECF Nos. 4, 5). On February 12, 2020, Plaintiff filed a motion for enlargement of time and a fully complete application to proceed *in forma pauperis*. (ECF Nos. 6, 7). As such, the Plaintiff's motion for enlargement of time is granted. The Court now vacates the dismissal order and judgment, reopens the case, and will screen Plaintiff's complaint in a future order.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for enlargement of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to vacate the dismissal order and judgment (ECF Nos. 4, 5) and reopen this case.

IT IS FURTHER ORDERED that the Court will enter a screening order on the complaint (ECF No. 1-1) in a future order.

DATED: February 20, 2020

_____
UNITED STATES DISTRICT JUDGE